UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HOWARD COHAN

CIVIL ACTION

VERSUS

NO. 18-862-JWD-RLB

ACADEMY, LTD.

## JUDGMENT

For oral reasons assigned on July 2, 2019,

**IT IS ORDERED, ADJUDGED and DECREED** that the Defendant's motions to dismiss (Docs. 6 and 23) are GRANTED. Judgment is hereby entered in favor of the Defendant, Academy, LTD. against Plaintiff, Howard Cohan, dismissing Cohan's claims, WITHOUT PREJUDICE, for lack of subject-matter jurisdiction.

Signed in Baton Rouge, Louisiana, on July 2, 2019.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA