UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| HOWARD COHAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ACADEMY, LTD.,<br><br>　　　　Defendant. | Civil Action No. 18-862<br><br>JUDGE JOHN W. DEGRAVELLES<br><br>MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

## NOTICE OF APPEAL

Notice is hereby given that Howard Cohan, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the 5th Circuit from the final judgment entered in this action on July 2, 2019 (Dkt. No. 34).

Respectfully submitted this 1st day of August, 2019.

　　　　　　　　　　　　　　　　　　　　*/s/ Keren E. Gesund, Esq.*
　　　　　　　　　　　　　　　　　　　　Keren E. Gesund, Esq.
　　　　　　　　　　　　　　　　　　　　Louisiana Bar No. 34397
　　　　　　　　　　　　　　　　　　　　3421 N. Causeway Blvd., Suite 805
　　　　　　　　　　　　　　　　　　　　Metairie, LA  70002
　　　　　　　　　　　　　　　　　　　　Tel: (702) 300-1180
　　　　　　　　　　　　　　　　　　　　Fax: (504) 265-9492
　　　　　　　　　　　　　　　　　　　　keren@gp-nola.com
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 1st day of August 2019, a true and correct copy of the above and foregoing pleading was served via the court's ECF system to:

Academy, LTD.
c/o James M. Garner
Thomas J. Madigan, II
Jeffrey Kessler
Sher Garner Cahill Richter Klein & Hilbert, LLC
909 Poydras Street
28th Floor
New Orleans, LA 70112-1033
Tel: (504) 299-2100
Fax: (504) 299-2300
jgarner@shergarner.com
tmadigan@shergarner.com
jkessler@shergarner.com
Attorneys for defendant

*/s/ Keren E. Gesund*