# *United States Court of Appeals*

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 25, 2019

Mr. Michael L. McConnell
Middle District of Louisiana, Baton Rouge
United States District Court
777 Florida Street
Room 139
Baton Rouge, LA 70801

No. 19-30611    Howard Cohan v. Academy, Limited
                             USDC No. 3:18-CV-862

Dear Mr. McConnell,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Majella A. Sutton, Deputy Clerk
504-310-7680

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 19-30611
_____

HOWARD COHAN,

    Plaintiff - Appellant

v.

ACADEMY, LIMITED,

    Defendant - Appellee

**A True Copy**
**Certified order issued Sep 25, 2019**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

_____

Appeal from the United States District Court
for the Middle District of Louisiana
_____

CLERK'S OFFICE:

    Under FED. R. APP. P. 42(b), the appeal is dismissed as of September 25, 2019, pursuant to appellant's motion.

                      LYLE W. CAYCE
                      Clerk of the United States Court
                      of Appeals for the Fifth Circuit

                      By: _____
                      Majella A. Sutton, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT